UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10386-NG |
| | ) VIOLATIONS: |
| V. | ) 18 U.S.C. § 371 |
| | ) Conspiracy |
| DARYL DEVAUGHN | ) |

### INDICTMENT

COUNT ONE: (18 U.S.C. § 371-Conspiracy)

The Grand Jury charges that:

From on or about February 9, 2001 to on or about May 30, 2004 in Boston in the District of Massachusetts and elsewhere,

DARYL DEVAUGHN

defendant herein, did unlawfully, willfully and knowingly combine, conspire, confederate and agree with others known and unknown to commit an offense against the United States, to wit: transporting into Massachusetts, DEVAUGHN's State of residence, firearms that were purchased outside of that State of residence, in violation of 18 U.S.C. § 922(a)(3).

### GENERAL ALLEGATIONS

At all times material to this indictment:

1.  The defendant, Daryl Devaughn, ("DEVAUGHN") was a resident of Boston, Massachusetts, residing at 436 Harvard Street, Boston, Massachusetts.

2.  An individual known to the Grand Jury was a resident of Florida.

3. DEVAUGHN visited the individual referenced in paragraph 2 in Seffner, Florida on more than one occasion.

4. Pawn King was a federally licensed firearms dealer located at 707 W. Dr. Martin Luther King Boulevard in Seffner, Florida.

5. Arms and Guns Distributors was a federally licensed firearms dealer located at 14551 60th Street, Clearwater, Florida.

### THE PURPOSE OF THE CONSPIRACY

6. It was the purpose of the conspiracy for DEVAUGHN and others known and unknown to the Grand Jury to transport or to cause or procure others to transport into DEVAUGHN's State of residence firearms that were purchased in Florida.

### OVERT ACTS

7. In furtherance of the conspiracy, and to effect its objects, the defendant and others known and unknown, committed or caused or procured others to commit, in the District of Massachusetts and elsewhere, the following overt acts:

8. On February 9, 2001 DEVAUGHN wired $1500 via Western Union in Boston to the individual referenced in paragraph 2 in Florida.

9. On February 15, 2001, the individual referenced in paragraph 2 purchased two firearms from Pawn King in Florida: one, a Bryco, Model Jennings Nine, 9mm semi automatic pistol, bearing serial number 1378582 and the other a Bryco, Model

Jennings Nine, 9mm semi automatic pistol, bearing serial number 1420227.

10. On February 15, 2001, the individual referenced in paragraph 2 also purchased three firearms from Arms and Guns Distributors in Florida: one Glock, Model 23, .40 caliber semi automatic pistol bearing serial number CGW431US, one Bersa, Model Thunder 380, .380 caliber semi automatic pistol bearing serial number 436101, imported by AEI and one Hi-Point, Model C, 9mm semi automatic pistol bearing serial number P072845.

11. At some time between February 15, 2001 and July 29, 2001, DEVAUGHN and the individual referenced in paragraph 2 agreed to transport or to cause or procure others to transport the firearms referenced in paragraphs 9 and 10 to Massachusetts, DEVAUGHN's State of residence.

12. At some time between February 15, 2001 and July 29, 2001, DEVAUGHN either obliterated or arranged for the obliteration of the serial numbers on the firearms referenced in paragraphs 9 and 10.

13. At some time between February 15, 2001 and August 27, 2002 DEVAUGHN sold or caused or procured others to sell for profit the firearms referenced in paragraphs 9 and 10 to individuals who resided in Massachusetts for profit.

14. DEVAUGHN transferred some or all of the profit he made on the sale of the firearms referenced in paragraphs 9 and 10 to the individual referenced in paragraph 2.

All in violation of Title 18, United States Code, Section 371.

NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. The conduct charged in Count One involved firearms that had an obliterated serial number, as described in U.S.S.G. § 2K2.1(b)(4).

2. The conduct charged in Count One involved the transfer of firearms with knowledge, intent, and reason to believe that they would be used or possessed in connection with another felony offense as described in U.S.S.G. §2K2.1(b)(5).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
MARIANNE C. HINKLE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 22, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12/22/04

3:10

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ATF

**City** Boston  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Darryl Devaughn   **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** 46 Harvard Street, Apt 4, Dorchester, MA

**Birth date (Year only):** 1979  **SSN (last 4 #):** 6365  **Sex** M   B  **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Marianne C. Hinkle  **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  Suffolk County HOC  ☒ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____  **Signature of AUSA:** _[signature]_

⬥JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Darryl DeVaughn

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 371 | Conspiracy | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**