**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. CR. NO. 04-10386-NG |
| | ) | |
| v. | ) | |
| | ) | |
| DARRYL DEVAUGHN | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance for the United States in the above captioned matter.

                                                Respectfully submitted,
                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                              BY:    /s/ Donald L. Cabell
                                                Donald L. Cabell
                                                Assistant U.S. Attorney
                                                One Courthouse Way, Suite 9200
                                                Boston, MA 02210
                                                (617) 748-3105

May 27, 2005