```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
         v.                     )
                                )
DARRYL DEVAUGHN                 )    CR. NO. 04-10386-NG
```

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by and through Assistant United States Attorney Donald L. Cabell respectfully represents:

1. That DARRYL DEVAUGHN is presently incarcerated at the Suffolk County Correctional Institution at South Bay in Roxbury, Massachusetts, and that on June 3, 2005, he will be incarcerated at this institution.

2. That on or about December 22, 2004, DARRYL DEVAUGHN was charged in the above-captioned case on a charge of conspiracy to transport firearms into Massachusetts, in violation of Title 18, United States Code, Sections 371 and 922(a)(3).

3. That DARRYL DEVAUGHN has made a request for a speedy disposition of the charge against him in accordance with the Interstate Agreement on Detainers.

4. That the Court has accordingly scheduled DARRYL DEVAUGHN to appear before the United States District Court in Boston, Massachusetts for the purpose of an initial appearance in this case on June 3, 2005, at 3:00 p.m.

WHEREFORE, petitioner prays that the Court issue a Writ of Habeas Corpus Ad Prosequendum to the Warden at the Suffolk County

Correctional Institution at South Bay in Roxbury, Massachusetts, or to any other person having custody and control of DARRYL DEVAUGHN, commanding them to produce DARRYL DEVAUGHN before the United States District Court, District of Massachusetts, Federal Courthouse, One Courthouse Way, Boston, Massachusetts, for the initial appearance in this case on June 3, 2005, at 3:00 p.m.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                    By:/s/Donald L. Cabell
                                        DONALD L. CABELL
                                        Assistant U.S. Attorney

ALLOWED:

_____
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE