# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to:

The Superintendent of the Suffolk County Correctional Institution, at South Bay, Boston, Massachusetts.

**YOU ARE COMMANDED** to have the body of **Darryl Devaughn** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. **15** on the **5th** floor, Boston, Massachusetts on **Friday, June 3, 2005**, at **9:00** A.M. for the purpose of **1st Appearance**

in the case of   **UNITED STATES v. Darryl Devaughn**

**Cr Number 04-10386-NG**

And you are to retain the body of said **Darryl Devaughn** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Darryl Devaughn** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **1st** day of **June**, 2005.

SEAL

Sarah Thornton
CLERK,

By: *(signature)*
Thomas F. Quinn
Deputy Clerk

(Habcorp.wrt - 09/92)