AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

─────────── DISTRICT OF ───────────

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| DARRYL DEVAUGHN | CASE NUMBER: 04-10386-NG |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __DARRYL DEVAUGHN__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy

in violation of
Title __18__ United States Code, Section(s) __371__

Name of Issuing Officer: Sheila Diskes

Title of Issuing Officer: Operations Supervisor

Signature of Issuing Officer: /s/ Sheila Diskes

Date and Location: 12-22-04  Boston, MA

[Seal: United States District Court, District of Massachusetts]

[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 DEC 22 P 4: 28]

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/3/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.