```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CR. NO. 04-10386-NG
                            )
DARYL DEVAUGHN              )
                            )
```

## GOVERNMENT'S MOTION TO CONTINUE
## INITIAL STATUS CONFERENCE

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves *nunc pro tunc* that the Court continue the initial status conference in this case, originally scheduled for July 21, 2005, to on or about August 25, 2005, to accommodate conflicts in counsels' respective schedules.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:
>
> /s/Donald L. Cabell
> DONALD L. CABELL
> Assistant U.S. Attorney