```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 04-10386-NG |
| | ) | |
| DARYL DEVAUGHN | ) | |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE**
**INITIAL STATUS CONFERENCE**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the initial status conference in this case to a date during the week of September 12th. Although the undersigned has not had the opportunity to discuss a specific date with counsel for the defendant, counsel assents to the motion to continue.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney