```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )    CR. NO. 04-10386-NG
                            )
DARYL DEVAUGHN              )
                            )
```

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE**
**INITIAL STATUS CONFERENCE**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the initial status conference in this case to on or about October 10 or 11, 2005, to accommodate a conflict in defense counsel's schedule.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                            By:

                                  /s/Donald L. Cabell
                                  DONALD L. CABELL
                                  Assistant U.S. Attorney