```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 04-10386-NG |
| | ) | |
| DARYL DEVAUGHN | ) | |
| | ) | |

## MEMORANDUM
### PURSUANT TO LOCAL RULE 116.5(A)

Pursuant to Local Rule 116.5(A), the United States submits the following memorandum regarding the status of the case:[1]

(1) Counsel for the defendant has received the discovery provided by the government but requires additional time to review it with the defendant.

(2) It is unclear whether the defendant will seek discovery concerning expert witnesses. Regardless, consistent with the undersigned's practice, the government intends to disclose such discovery at least 30 days prior to trial. The government would request that the defendant be required to provide reciprocal discovery at least 14 days prior to trial.

(3) Until the defendant has completed his review of the discovery provided to date, it is unclear whether additional discovery is anticipated. Should the need for additional discovery

---

[1] The parties were able to confer by telephone on friday, September 9, 2005, but did have the opportunity to prepare and submit a joint memorandum. The undersigned AUSA thus submits this memorandum on behalf of the government only, but believes the defendant would not object to any of the comments contained in it.

arise, though, the government does not anticipate there will be any issues that need to be resolved by the Court.

(4) The defendant may file one or more dispositive motions and a motion date therefore should be established under Fed. R. Crim. P. 12(c).

(5) The government proposes that the Court enter an Order excluding the time from September 12, 2005 to the next scheduled status conference.

(6) The parties have begun preliminary discussions regarding resolution of the case short of trial but no agreement has been reached as yet.  Should a trial occur, the government anticipates it will last approximately four to five days.

(7) After conferring with the defendant, the government proposes that the Court convene a status conference on or around October 10 or 11, 2005.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:

    /s/Donald L. Cabell
    DONALD L. CABELL
    Assistant U.S. Attorney