UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10386-NG

UNITED STATES OF AMERICA

v.

DARYL DEVAUGHN

## FURTHER ORDER ON EXCLUDABLE TIME

September 12, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 1, 2005 through July 21, 2005,

the period between an originally scheduled conference date and the rescheduled date, the extension being at the request of the defendant, and

September 12, 2005 through October 11, 2005,

that being the period between the rescheduled date of the Initial Status Conference and the Interim Status Conference.

Based upon the prior order of the court dated June 3, 2005, August 24, 2005, August 26, 2005, and this order, at the time of the Interim Status Conference on October 11, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge