UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10386-NG

UNITED STATES OF AMERICA

v.

DARYL DEVAUGHN

## FURTHER ORDER ON EXCLUDABLE TIME

November 10, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 11, 2005 through November 10, 2005

the period between the Interim Status Conference and the next status conference.

Based upon the prior order of the court dated June 3, 2005, August 24, 2005, August 26, 2005, September 12, 2005 and this order, at the time of the Interim Status Conference on November 10, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge