UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10386-NG

UNITED STATES OF AMERICA

v.

DARYL DEVAUGHN

**FURTHER ORDER ON EXCLUDABLE TIME**

November 10, 2005

DEIN, M.J.

A status conference was held on this date, but defense counsel was unable to attend. Consequently, the conference was continued to **November 18, 2005 at 11:00 a.m.** This court orders the following period of time excludable from the time period within which trial must commence:

November 10, 2005 through November 18, 2005

the period between the Interim Status Conference as originally scheduled and the date of the continued status conference.

Based upon the prior order of the court dated June 3, 2005, August 24, 2005, August 26, 2005, September 12, 2005, October 11, 2005 (incorrectly dated November 10, 2005) and this order, at the time of the Status Conference on November 18, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days will remain in which this case must be tried.

                                                 / s / Judith Gail Dein
                                                 JUDITH GAIL DEIN

United States Magistrate Judge