UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10386-NG

UNITED STATES OF AMERICA

v.

DARYL DEVAUGHN

**FURTHER ORDER ON EXCLUDABLE TIME**

November 18, 2005

DEIN, M.J.

By agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 18, 2005 through December 5, 2005

the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior order of the court dated June 3, 2005, August 24, 2005, August 26, 2005, September 12, 2005, October 11, 2005 (incorrectly dated November 10, 2005), November 10, 2005 and this order, at the time of the Final Status Conference on December 5, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days will remain in which this case must be tried.

        / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge