UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10386-NG

UNITED STATES OF AMERICA

v.

DARYL DEVAUGHN

**FINAL STATUS REPORT**

December 5, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Monday, December 5, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report and orders, to wit:

1. Discovery is completed at this time.

2. There are no outstanding or anticipated discovery issues at this time.

3. The defendant does not intend to file any dispositive motions.

4. Based upon the prior order of the court dated June 3, 2005, August 24, 2005, August 26, 2005, September 12, 2005, October 11, 2005 (incorrectly dated November 10, 2005), November 10, 2005 and November 18, 2005, at the time of the Final Status Conference on December 5, 2005, there were zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining in which this case must be tried.

5. The trial is estimated to last approximately one week.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

       / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge