```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )    CR. NO. 04-10386-NG
                            )
DARYL DEVAUGHN              )
                            )
```

**MOTION FOR A STATUS CONFERENCE AND TO SET A TRIAL DATE**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves that the Court schedule a status conference at the earliest practicable date to discuss trial related issues and to set a trial date.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney

By:

> /s/Donald L. Cabell
> DONALD L. CABELL
> Assistant U.S. Attorney