```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )    CR. NO. 04-10386-NG
                            )
DARYL DEVAUGHN              )
                            )
```

## ASSENTED TO MOTION TO EXCLUDE

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves that the Court exclude the time between the filing of this motion and the time of trial, which is as yet unscheduled.  In support of the motion, the undersigned AUSA states that he has spoken with counsel for the defendant and has been advised that counsel, because of his present schedule and obligations, will not be available to try the present case until some time in March of 2006.  The undersigned's present schedule is equally full and the parties expect to ask the Court at the status conference scheduled for January 9, 2006 to schedule trial for some time in March or thereafter.  Accordingly, and in order to eliminate any Speedy Trial Act issues, the government moves with the defendant's assent that the Court enter an order excluding the time between now and the trial in this case.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN  
                    United States Attorney

By:

                    <u>/s/Donald L. Cabell</u>  
                    DONALD L. CABELL  
                    Assistant U.S. Attorney