UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 04-10386-NG |
| | ) | |
| DARYL DEVAUGHN | ) | |
| | ) | |

**ASSENTED-TO MOTION TO RESCHEDULE STATUS CONFERENCE**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves that the Court reschedule the status conference scheduled for January 9, 2006, at 3:00 p.m., to a date after January 12, 2006.  In support of the motion, the government states that the defendant was released from state incarceration on January 6th and appeared on that day before Magistrate Judge Dein, who has scheduled a detention hearing for January 12, 2006, at 11:30 a.m.  Moreover, the defendant has requested additional discovery which the government expects to produce early next week, but most likely not before January 9th.  Accordingly, it would make better use of the Court's and the parties' time to hold the status conference after January 12th, that is, after these issues have been resolved, and the defendant accordingly assents to the government's motion.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:

                    /s/Donald L. Cabell
                    DONALD L. CABELL
                    Assistant U.S. Attorney