```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 04-10386-NG |
| | ) | |
| DARYL DEVAUGHN | ) | |
| | ) | |

**ASSENTED TO MOTION TO CONTINUE AND EXCLUDE**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves that the Court continue the status conference scheduled for January 20, 2006 for at least a week to allow the defendant to complete his review of the discovery in the case, and to give the parties time to discuss case related issues. The defendant agrees that the time encompassed by the continuance is excludable for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney