UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| DARYL DEVAUGHN ) | CR. NO. 04-10386-NG |
| ) | |

**<u>GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE</u>**

The United States of America, by and through its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Donald L. Cabell, Assistant U.S. Attorney, hereby moves that the Court continue the status conference in this case from February 13, 2006 to a date during the week of March 6, 2006, in order to accommodate conflicts in counsels' schedules. The defendant assents to the motion and agrees that any time encompassed by the continuance is excludable for purposes of the Speedy Trial Act.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:   /s/Donald L. Cabell
                                    DONALD L. CABELL
                                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.                               Boston, Massachusetts
                                           February 13, 2006

    I, DONALD L. CABELL, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing on counsel for the defendant, Jeffrey B. Rubin, One Center Plazaincluding Stephen D. Judge, Esq., 23 Central Avenue, Lynn, MA 01901, and Frances Robinson, Esq., Davis Robinson & White, One Fanueil Hall Marketplace, 3rd Floor
Boston, MA 02109

                                              _____
                                              DONALD L. CABELL
                                              Assistant U.S. Attorney