UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          CR. NO. 04-10386-NG

DARRYL DEVAUGHN

DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Darryl Devaughn, by his attorney, moves that this Court modify his conditions of release to permit him to be employed by CCP Enterprises, 20 Buckboard Lane, Westwood, MA.

Defense counsel has conferred with Kevin Stone, President of CCP who relates that if permitted to work, Mr. Devaughn would be employed as a laborer involved in general demolition, general labor, and post construction clean up at the various job locations where CCP contracts its work. Mr. Devaughn would be required to be at the workplace at 6 a.m. until 3:30 p.m. Allowing one hour time for travel in the morning and 1 1/2 hours in the afternoon, Mr. Devaughn requests he be released from home confinement Monday through Friday, from 5 a.m. until 5 p.m.

Defense counsel has provided these particulars by voice message to Pretrial Services Officer Christopher Wiley.

DARRYL DEVAUGHN

                                                By his attorney,

                                                /s/ Elliot M. Weinstein
                                                Elliot M. Weinstein
                                                BBO #520400
                                                83 Atlantic Avenue
                                                Boston, MA 02110
March 7, 2006                                617-367-9334