UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                      CR. NO. 04-10386-NG

DARRYL DEVAUGHN

DEFENDANT'S ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

    Defendant Darryl Devaughn, by his attorney, moves that this Court modify his conditions of release to permit the following:

    On Saturday, March 25, 2006 that Mr. Devaughn be permitted to be away from his sister's home for the purpose of visiting with his mother at 57 Walden Street, Jamaica Plain, Massachusetts and attending a memorial service with his family at Cedar Grove cemetery, Dorchester, Massachusetts. The service is in memory of Mr. Devaughn's brother who was killed by gunshot last year. Mr. Devaughn requests permission to be away from his sister's home between the hours 9:00 a.m. and 6:00 p.m.

    This motion is assented to by Assistant United States Attorney Donald Cabell.

                                                DARRYL DEVAUGHN
                                                By his attorney,

                                                /s/ Elliot M. Weinstein
                                                Elliot M. Weinstein
                                                BBO #520400
                                                83 Atlantic Avenue
                                                Boston, MA 02110

March 21, 2006                           617-367-9334