```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    CR. NO. 04-10386-NG
                              )
DARYL DEVAUGHN                )
                              )
```

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE TRIAL**

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, and Assistant United States Attorney Donald L. Cabell, hereby moves that the Court continue the sentencing in this matter, presently scheduled for September 11, 2006, for a period of at least 30-60 days.

In support of the motion, which the defendant assents to, the government states that the defendant, who was released this year by the Court subject to electronic monitoring, was recently arrested by Boston and federal law enforcement officials after he (twice) removed the bracelet and fled.  Due to a particular firearm reportedly found in the defendant's possession at the time of his arrest, the defendant has been detained and charged by state officials.  The parties believe that a continuance of 30-60 days would be appropriate under the circumstances to give counsel for the defendant an opportunity to investigate the circumstances of the state arrest and charge(s), and to allow the parties to discuss how these recent events may affect the course of the present case.

As noted above, the defendant assents to the motion, and

further agrees that any time encompassed by the continuance would be excludable for purposes of the Speedy Trial Act.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:

        /s/Donald L. Cabell
        DONALD L. CABELL
        Assistant U.S. Attorney