UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 NOV 22 A 9: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES

V.

DARRYL DEVAUGHN

CR. NO. 04-10386-NG

## MOTION TO FILE UNDER SEAL

Defendant Darryl Devaughn, by his attorney, moves that this Court file and maintain the attached pleading under seal.

DARRYL DEVAUGHN
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

November 16, 2006