UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| DARYL DEVAUGHN ) | CR. NO. 04-10386-NG |
| ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, by and through its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Donald L. Cabell, Assistant U.S. Attorney, hereby moves that the Court continue the status conference in this case from December 21, 2006 to another date. In support of the motion, the undersigned was not available on December 21, 2006 due to a family illness. Further, the parties have been engaged in discussions regarding resolution of the case without a trial and will continue those discussions in the interim. The parties also agree that the time encompassed by any continuance is excludable for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney