UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )
                              )
DARYL DEVAUGHN                )      CR. NO. 04-10386-NG
                              )

**GOVERNMENT'S ASSENTED-TO MOTION TO SCHEDULE
A RULE 11 HEARING AND TO EXCLUDE TIME**

The United States of America, by and through its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Donald L. Cabell, Assistant U.S. Attorney, hereby moves that the Court schedule a Rule 11 change of plea hearing in this matter, based on the government's understanding from speaking to counsel that the defendant is prepared to plead guilty to the indictment. Because the government understands the defendant is presently serving a state term of incarceration at MCI Concord, the government also requests that the Court issue a habeas to the warden of that institution to ensure the defendant's presence at the Rule 11 hearing. Finally, the government requests that the Court exclude for purposes of the Speedy Trial Act all the time between today, which had been scheduled for a status conference, and the Rule 11 hearing. The defendant assents to the government's motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:  /s/Donald L. Cabell
     DONALD L. CABELL
     Assistant U.S. Attorney