UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to the **Superintendent of MCI NORFOLK, MA** ANY OTHER AUTHORIZED INDIVIDUAL HAVING CUSTODY OF

YOU ARE COMMANDED to have the body of **DARYL DEVAUGHN** now in your custody, before the United States District Court for the District of Massachusetts, **courtroom No. #2, on the 3rd Floor**, floor, Boston, Massachusetts on **SEPTEMBER 12, 2007, at 9:00AM** for the purpose of RULE 11 HEARING in the case of

**UNITED STATES OF AMERICA V. DARYL DEVAUGHN   CR Number 04-10386-NG**

And you are to retain the body of **DARYL DEVAUGHN** said while before said court upon said day and upon such other days thereafter as his attendance before said court shall be necessary, and as soon as may be thereafter to return said **DARYL DEVAUGHN** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 13TH day of August 2007.

  /s/Nancy Gertner
UNITED STATES DISTRICT JUDGE

                                                    Sara A. Thornton
                                                    CLERK

       SEAL

                                                    BY:/s/ M. Molloy
                                                     Deputy Clerk