UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to the **Superintendent of MCI CONCORD, MA** ANY OTHER AUTHORIZED INDIVIDUAL HAVING CUSTODY OF

YOU ARE COMMANDED to have the body of **DARYL DEVAUGHN** now in your custody, before the United States District Court for the District of Massachusetts, **courtroom No. #2, on the 3rd Floor**, floor, Boston, Massachusetts on **DECEMBER 12, 2007, at 2:00PM** for the purpose of RULE 11 HEARING in the case of

**UNITED STATES OF AMERICA V. DARYL DEVAUGHN CR Number 04-10386-NG**

And you are to retain the body of **DARYL DEVAUGHN** said while before said court upon said day and upon such other days thereafter as his attendance before said court shall be necessary, and as soon as may be thereafter to return said **DARYL DEVAUGHN** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 6TH day of December 2007.

/s/Nancy Gertner
UNITED STATES DISTRICT JUDGE

        Sara A. Thornton
        CLERK

SEAL

        BY:/s/ M. Molloy
        Deputy Clerk