UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                  CR. NO. 04-10386-NG

DARRYL DEVAUGHN

DEFENDANT'S MOTION TO RESCHEDULE SENTENCING

Defendant Darryl DeVaughn, by his attorney, moves that this Court continue his sentencing hearing set for December 12, 2007 in order that he may evaluate the Supreme Court decision in *Gall v. United States*, 06-7949, decided December 10, 2007 and its relevance to this sentencing hearing.

                                       DARRYL DEVAUGHN
                                       By his attorney,

                                       /s/ Elliot M. Weinstein
                                       Elliot M. Weinstein
                                       BBO #520400
                                       83 Atlantic Avenue
                                       Boston, MA 02110

December 12, 2007                   617-367-9334