```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
          v.                )    CR. NO. 04-10386-NG
                            )
DARYL DEVAUGHN              )
                            )
```

### GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves to continue the sentencing in this matter from December 28, 2007, to a date after January 7, 2008. In support of the motion, the undersigned AUSA is scheduled to be away from the office from December 26, 2007, to January 7, 2008. The government has spoken with the defendant through counsel and he assents to the government's motion.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:

                         /s/Donald L. Cabell
                         DONALD L. CABELL
                         Assistant U.S. Attorney
```