UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: the Superintendent of MCI Concord, MA.

YOU ARE COMMANDED to have the body of __DARYL DEVAUGHN__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __2__, on the __3rd__ floor, Boston, Massachusetts on __Wednesday, February 5, 2008__, at __11:00__ A.M.

for the purpose of __Sentencing Hearing__ in the case of

UNITED STATES OF AMERICA V. __DARYL DEVAUGHN__

CR Number __1:04cr10386NG__.

And you are to retain the body of said __DARYL DEVAUGHN__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __DARYL DEVAUGHN__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __5th__ day of __FEBRUARY, 2008__.


__/S/ NANCY GERTNER__
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: __/s/ JENNIFER GAUDET__
Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)